**Dismissed and Opinion Filed August 19, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00673-CR

### RICHARD EARL PHILLIPS, Appellant
### V.
### THE STATE OF TEXAS, Appellee

**On Appeal from the 219th Judicial District Court
Collin County, Texas
Trial Court Cause No. 219-82591-2012**

## MEMORANDUM OPINION

Before Justices Moseley, O'Neill, and FitzGerald
Opinion by Justice FitzGerald

Richard Earl Phillips pleaded guilty to three counts of indecency with a child by contact and one count of indecency with a child by exposure. Pursuant to a plea agreement, the trial court assessed punishment at imprisonment for four years and six months on each count. Appellant waived his right to appeal as part of the plea agreement. *See Blanco v. State*, 18 S.W.3d 218, 219–20 (Tex. Crim. App. 2000). The trial court certified both that the case involves a plea bargain and appellant has no right to appeal and that appellant waived his right to appeal. *See* TEX. R. APP. P. 25.2(d); *Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005). Additionally, appellant's May 30, 2014 notice of appeal is untimely as to the January 31, 2014 sentencing date. *See* TEX. R. APP. P. 26.2(a)(1); *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998) (per curiam).

We dismiss the appeal for want of jurisdiction.

_____
/Kerry P. FitzGerald/

Do Not Publish                KERRY P. FITZGERALD
TEX. R. APP. P. 47            JUSTICE
140673F.U05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

RICHARD EARL PHILLIPS, Appellant

No. 05-14-00673-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 219th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 219-82591-2012.
Opinion delivered by Justice FitzGerald,
Justices Moseley and O'Neill participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered August 19, 2014